Appellate Division, Second Department. July 29, 1910.) Action by Hiram K. Scott, Jr., against the Town of North Salem and others. No opinion. Motion for reargument denied, with costs. See, also, 122 N. Y. Supp. 497.

SEARLE, Appellant, v. HALSTEAD & CO., Respondents. (Supreme Court, Appellate Division, First Department. June 24, 1910.) Action by Clifford N. Searle against Halstead & Co. P. B. Adams, for appellant. W. H. Wadhams, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 123 N. Y. Supp. 984; 67 Misc. Rep. 560, 124 N. Y. Supp. 811.

SEIDENSTEIN, Respondent, v. KELSEN et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 29, 1910.) Action by Louis Seidenstein against Samuel Kelsen and another. No opinion. No merit is claimed on the appeal herein. The motion to dismiss is granted, with costs.

SELIGMAN v. FRIEDLANDER. (Supreme Court, Appellate Division, First Department. June 24, 1910.) Action by Joseph Seligman against Albert Friedlander. No opinion. Motion for reargument denied. Motion for leave to appeal granted. Question to be certified on settlement of order. Settle order on notice. See, also, 123 N. Y. Supp. 583.

SHAFER, Respondent, v. FINAN, Appellant. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) Action by Daniel A. Shafer against Thomas Finan.

PER CURIAM. Judgment and order affirmed, with costs.

BURR, J., dissents.

SHAFFER et al., Respondents, v. BRADLEY, Appellant. (Supreme Court, Appellate Division, First Department. July 7, 1910.) Action by Wilhelmina Shaffer and others against William Bradley. J. H. Mulcahey, for appellant. J. E. Murphy, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

SHEPHEARD, Respondent, v. EDISON ELECTRIC ILLUMINATING CO. OF BROOKLYN, Appellant. (Supreme Court, Appellate Division, Second Department. June 29, 1910.) Action by Emma M. Shepheard against the Edison Electric Illuminating Company of Brooklyn.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, for error in admitting testimony at folios 107, 108, 109, and 173, upon authority of Devine v. Brooklyn Heights R. R. Co., 131 App. Div. 142, 115 N. Y. Supp. 263.

SHOEMAKER, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 12, 1910.) Action by Anna E. Shoemaker,

as administratrix, etc., against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

SIET, Respondent, v. COLUMBIA OUTFITTING CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 29, 1910.) Action by Ida Siet against the Columbia Outfitting Company. No opinion. Motion to dismiss appeal granted, with costs, unless the appeal is perfected and the case placed on the next calendar of this court for argument. On compliance, the motion is denied, without costs.

In re SIMMONS et al. (Supreme Court, Appellate Division, Second Department. June 10, 1910.) In the matter of the application of J. Edward Simmons and others, constituting the Board of Water Supply, etc., to acquire real estate, etc.; Hill View Reservoir, section No. 1. No opinion. Motion denied, without costs, except to the extent that the appellants be excused from reducing the record to narrative form. See, also, 122 N. Y. Supp. 1145; 123 N. Y. Supp. 426.

In re SIMMONS et al. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) In the matter of the application and petition of J. Edward Simmons and others, constituting the Board of Water Supply of the City of New York, to acquire real estate, etc.; Hill View Reservoir, section No. 2. No opinion. Motion to dismiss appeal denied, with costs.

In re SIMMONS et al. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) In the matter of the application and petition of J. Edward Simmons and others, constituting the Board of Water Supply of the City of New York, etc.; Hill View Reservoir, section No. 1.

PER CURIAM. Order affirmed, with $10 costs and disbursements, on the opinion of Mr. Justice Tompkins at Special Term. 123 N. Y. Supp. 426.

JENKS, J., not voting.

SIMMONS, Respondent, v. PIERSON, Appellant, et al. (Supreme Court, Appellate Division, First Department. June 24, 1910.) Action by Maurice Simmons against Sterling Pierson, impleaded. S. Pierson, for appellant. W. Ferguson, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SINGER, Respondent, v. BARRETT, Appellant. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) Action by Samuel Singer against William M. Barrett, as president of the Adams Express Company, etc. No opinion. Motion for reargument, or for leave to appeal to the Court of Appeals, denied, without costs. See, also, 123 N. Y. Supp. 1141.